**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cathy Lee JONES, a/k/a Gook, a/k/a**
**Duck, Defendant–Appellant.**

**No. 12–6642.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Sept. 7, 2012.

Cathy Lee Jones, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before DUNCAN, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cathy Lee Jones appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 2:02–cr–00178–RAJ–JEB–13 (E.D.Va. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent Jones challenges on appeal the factual basis for her conviction and sentence, such claims are not properly raised in a § 3582(c)(2) motion. *See* 18 U.S.C. § 3582(c) (noting valid grounds for granting a sentence reduction); USSG § 1B1.10 (same); *United States v. Stewart,* 595 F.3d 197, 201 (4th Cir. 2010) (noting that a § 3582(c)(2) proceeding is "not considered a full resentencing by the court").